

**United States Bankruptcy Court**
**District of Alaska**
605 West Fourth Avenue, Suite 138
Anchorage, Alaska 99501-2296
Phone: (907) 271-2655
Toll Free: (800) 859-8059
http://www.akb.uscourts.gov



RECEIVED
JUN 2 2 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

## TRANSMITTAL OF WITHDRAWAL OF REFERENCE

TO: United States District Court, District of Alaska
222 West 7th Avenue, Room 229
Anchorage, Alaska 99513

Filed On
6/22/06

FROM: Bankruptcy Court for the District of ALASKA
District/Office No. 097X/3

We are transmitting with this cover a Motion to Withdraw the Reference, which has been filed by the Bankruptcy Court in the below identified adversary proceeding, together with the Bankruptcy Court's Report and Recommendation (recommending withdrawal of the reference). Copies of relevant pleadings from the adversary case file and a docket are included with this transmission. The pertinent information regarding this matter is:

| CASE NAME: | LARRY D. COMPTON, Chapter 7 Trustee for the Bankruptcy Estate of Eugene T. and Irene D. Etheridge, Plaintiff and Counterclaim Defendant v. JAMES M. CRAWFORD, a/k/a Jim Crawford, d/b/a Century 21 Crawford Property Management |
|---|---|
| Adversary No.: | A05-90020-DMD |
| Date Motion to Withdraw Reference Filed: | May 30, 2006 |
| Date Report & Recommendation Filed: | May 30, 2006 |
| Date of Transmittal to USDC: | June 22, 2006 |
| Other: | Report and Recommendation issued by the Bankruptcy Court after trial of this matter on May 10, 2006. The defendant has filed a response to the report and recommendation (Docket No. 21), and an opposition to the motion to withdraw the reference (Docket No. 22). Copies of both are also attached. |

Dated: June 22, 2006                              Wayne W. Wolfe, Clerk

By: /s/ Robbi Canterbury
Deputy Clerk

Serve: U. S. District Court, D. Alaska
U. S. Trustee (w/out attachments)
Eugenia Sleeper, Esq. (for plaintiff) (w/out attachments)
James Crawford, (pro se defendant) (w/out attachments)
Peggy Gingras, Adv. Case Mgr.
Cheryl Rapp, Appeals/Reference Tracking
Case Manager

DISTRICT COURT CASE # 3:06-cv-00151-TMB   JUDGE ASSIGNED: Timothy M. Burgess
DATE FILED: June 22, 2006   BY: [signature]
Deputy Clerk, U.S. District Court

26