**Efiled, TrialSet, WdrwReferenceFiled**

RECEIVED
JUN 2 2 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

# U.S. Bankruptcy Court
## District of Alaska (Anchorage)
### Adversary Proceeding #: 05-90020

*Assigned to:* Donald MacDonald IV
*Related BK Case:* 04-00523
*Related BK Title:* Eugene T Etheridge and Irene D Etheridge   *Date Filed:* 06/28/05
*Demand:* $40000
*Nature of Suit:* 454

### Plaintiff
-----------------------

**Larry D. Compton,** *Chapter 7 Trustee for the Bankruptcy Estate of Eugene T. and Irene D. Etheridge*

represented by **Eugenia G. Sleeper**
JERMAIN DUNNAGAN & OWENS
3000 A Street #300
Anchorage, AK 99503
(907) 563-8844
Fax : (907)563-7322
Email: rcaverly@jdolaw.com
*LEAD ATTORNEY*

V.

### Defendant
-----------------------

**James M. Crawford,** *aka Jim Crawford, dba Century 21 Crawford Property Management*
2739 C Street
Anchorage, AK 99503

represented by
**James M. Crawford**
PRO SE

### Counter-Claimant
-----------------------

**James M. Crawford,** *aka Jim Crawford, dba Century 21 Crawford Property Management*
2739 C Street
Anchorage, AK 99503

represented by **James M. Crawford**
PRO SE

(See above for address)

V.

**Counter-Defendant**
-----------------------

**Larry D. Compton,** *Chapter 7 Trustee for the Bankruptcy Estate of Eugene T. and Irene D. Etheridge*

represented by **Eugenia G. Sleeper**
(See above for address)

**Cross-Claimant**
-----------------------

**James M. Crawford,** *aka Jim Crawford, dba Century 21 Crawford Property Management*
2739 C Street
Anchorage, AK 99503

represented by **James M. Crawford**
PRO SE

(See above for address)

V.

**Cross Defendant**
-----------------------

**Lisa Hickel**

**Jim Hickel**

represented by **Jim Hickel**
PRO SE

| Filing Date | # | Docket Text |
|---|---|---|
| 06/28/2005 | 1 | Complaint *to Compel Turnover of Property [Main Case 04-00523]* by Larry D. Compton against James M. Crawford. Receipt Number other, Fee Amount $150 Filed by Eugenia G. Sleeper, Larry D. Compton on behalf of Larry D. Compton (Attachments: # 1 Exhibit 1 Property Management Agreement# 2 Exhibit Adversary Cover Page) (Sleeper, Eugenia) Modified on 6/29/2005 (ct/janet, ). **Receipt No. 16516, $150.00 Paid 6/28/05.** (Entered: 06/28/2005) |
| 06/28/2005 | 2 | Summons Issued on James M. Crawford. Answer Due 7/28/2005. (ct/maggie) (Entered: 06/28/2005) |
| 06/28/2005 |  | Utility Event to Set Efiled FlagRE: DE# 1 Complaint . (ct/maia, ) (Entered: 06/28/2005) |

| | | |
|---|---|---|
| 06/28/2005 | ○ | Adversary Review Completed. (ct/maia, ) (Entered: 06/28/2005) |
| 06/29/2005 | ○3 | Summons - Service Executed on James M. Crawford, defendant, on: June 29, 2005. Filed by Eugenia G. Sleeper on behalf of Plaintiff Larry D. Compton (related document(s)1 Complaint, ). (Sleeper, Eugenia) (Entered: 06/29/2005) |
| 08/08/2005 | ○4 | Answer to Complaint. Filed by Defendant James M. Crawford. With an affidavit of service that is not signed. (ct/robbi, ) (Entered: 08/09/2005) |
| 08/08/2005 | ○5 | Counterclaim by James M. Crawford against Larry D.Compton. Filed byDefendant/Counterclaimant James M. Crawford; with attached exhibits A-C and an unsigned Affidavit of Service. (ct/robbi, ) (Entered: 08/09/2005) |
| 08/15/2005 | ○6 | Order Setting Scheduling and Planning Conference. Hearing scheduled for 10/4/2005 at 03:00 PM at Anch - Historic Courtroom, Old Fed. Bldg. Serve: Sleeper, Crawford, Gingras & Calendar. (ct/janet, ) (Entered: 08/15/2005) |
| 08/26/2005 | ○7 | Answer to Counterclaim *Plaintiff's Answer to Defendant's Counterclaim* Filed by Eugenia G. Sleeper on behalf of Plaintiff Larry D. Compton, Counter-Defendant Larry D. Compton (Sleeper, Eugenia) (Entered: 08/26/2005) |
| 10/04/2005 | ○8 | Proceeding Memo RE: Scheduling and Planninf Conference. Matter is continued to 11/8/05 at 3:00 pm.(related document(s)6 Setting Hearing, ) (ct/janet, ) (Entered: 10/06/2005) |
| 11/08/2005 | ○9 | Proceeding Memo RE: Continued Scheduling and Planning Order. Trial is set for the week of 4/10/06-4/14/06. Court will prepare order.(related document(s)6 Setting Hearing) . (ct/janet, ) (Entered: 11/08/2005) |
| 11/09/2005 | ○10 | Order Setting Trial and Related Deadlines. Trial date set for 4/10/2006 at 09:00 AM at Anch - Historic Courtroom, Old Fed. Bldg. Dispositive Motions due by 2/24/2006, Joinder of Other Parties or Amendments of Pleadings due by 12/2/2005, Rule26(a)(1) Disclosures shall be made on or before 12/1/2005, Rule26(a)(2) Disclosures shall be made on or before 1/20/2006, Rule26(a)(3) Disclosures shall be made on or before 3/24/2006, Discovery due by 3/17/2006,Exhibits Marked and Exchanged by 3/24/2006, Objections to exhibits due by 4/7/2006, Proposed Findings of Fact and Conclusion of Law due by 4/7/2006. Serve: Sleeper; Defendant; Gingras; Calendar. (Entered: 11/09/2005) |
| 03/09/2006 | ○11 | Order Setting Date and Time Certain For Trial. Trial is set for 4/11/2006 at 09:00 AM. Serve: Sleeper; Defendant; Gingras; Calendar. (ct/lori) |

| | | |
|---|---|---|
| | | (Entered: 03/09/2006) |
| 03/16/2006 | ●12 | Motion to Extend Time *Motion to Extend Discovery and Continue Trial* Filed by Eugenia G. Sleeper on behalf of Plaintiff Larry D. Compton, Counter-Defendant Larry D. Compton (related document(s)11 Order Setting Trial., 10 Order Setting Trial.,, ). (Sleeper, Eugenia) (Entered: 03/16/2006) |
| 03/16/2006 | ●13 | Memorandum in Support of *Motion to Extend Discovery and Continue Trial*. Filed by Eugenia G. Sleeper on behalf of Plaintiff Larry D. Compton, Counter-Defendant Larry D. Compton (RE: 12 Motion to Extend Time, ). (Sleeper, Eugenia) (Entered: 03/16/2006) |
| 03/24/2006 | ●14 | Exhibit List. Filed by Eugenia G. Sleeper on behalf of Plaintiff Larry D. Compton, Counter-Defendant Larry D. Compton (Sleeper, Eugenia) (Entered: 03/24/2006) |
| 04/04/2006 | ●15 | Order Granting Trustee's Motion to Extend Discovery and Continue Trial. Serve: Sleeper, Defendant, Gingras & Calendar. (Related Doc #12) (ct/janet, ) (Entered: 04/04/2006) |
| 04/04/2006 | ● | Utility Event to Reset Trial date and deadlines RE: DE# 15 Order on Motion to Extend Time. Trial date set for 5/10/2006 at 09:00 AM at Anch - Historic Courtroom, Old Fed. Bldg. Rule26(a)(3) Disclosures shall be made on or before 4/21/2006, Exhibits Marked and Exchanged by 4/21/2006, Objections to exhibits due 5/5/06. (ct/janet, ) (Entered: 04/04/2006) |
| 04/21/2006 | ●16 | Disclosures Pursuant to *26(a)(3)* Filed by Eugenia G. Sleeper on behalf of Plaintiff Larry D. Compton, Counter-Defendant Larry D. Compton (Sleeper, Eugenia) (Entered: 04/21/2006) |
| 05/10/2006 | ●17 | Proceeding Memo of Trial re: 1 Complaint *** *Defendant did not appear today. Court heard testimony of the witness, and evidence presented by plaintiff's counsel. Court will take the matter under advisement and issue written findings and conclusions.* *** (Attachments: # 1 Witness / Exhibit List from hearing) (ct/donna, ) (Entered: 05/10/2006) |
| 05/30/2006 | ●18 | Report and Recommendation To The United States District Court. Serve: Sleeper; Defendant; Gingras. (related document(s)17 Proceeding Memo) (ct/lori) (Entered: 05/30/2006) |
| 05/30/2006 | ●19 | Sua Sponte Motion To Withdraw The Reference. Serve: Sleeper; Defendant; Gingras. (ct/lori) (Entered: 05/30/2006) |

| Date | # | Description |
|---|---|---|
| 05/30/2006 | 20 | Notice of Sua Sponte Motion To Withdraw The Reference And Of Deadline For Filing Objections To Report And Recommendation. Objections due by 6/21/2006. Serve: Sleeper; Defendant; Gingras; Rapp. (related document(s)19 Motion for Withdrawal of Reference, 18 Report and Recommendation). (ct/lori) (Entered: 05/30/2006) |
| 06/02/2006 | 21 | Response to Report And Recommendation To The United States District Court. Filed by Defendant James M. Crawford; with cert of service. (related document(s)18 Report and Recommendation, 17 Proceeding Memo). (ct/lori) (Entered: 06/02/2006) |
| 06/02/2006 | 22 | Opposition to Sua Sponte Motion To Withdraw The Reference. Filed by Defendant James M. Crawford; with cert of service. (related document(s)19 Motion for Withdrawal of Reference). (ct/lori) (Entered: 06/02/2006) |
| 06/02/2006 | 23 | Third Party Crossclaim by James M. Crawford against Lisa Hickel and Jim Hickel. (ct/lori) (Entered: 06/02/2006) |
| 06/02/2006 | 24 | Summons Issued on Jim Hickel Answer Due 7/3/2006; Lisa Hickel Answer Due 7/3/2006. (ct/lori) (Entered: 06/02/2006) |
| 06/02/2006 | 25 | Summons - Service Executed on Jim Hickel and Lisa Hickel by registered mail on 06/02/06. (related document(s)24 Summons Issued) . (ct/lori) (Entered: 06/02/2006) |
| 06/22/2006 | 26 | Transmittal of Withdrawal of Reference. Serve: U.S. District Court, UST, Sleeper, Crawford, Gingras, C. Rapp & Case Manager.(related document(s)19 Motion for Withdrawal of Reference, 20 Notice of Motion,, 22 Opposition, 21 Response). (ct/robbi, ) (Entered: 06/22/2006) |