Jim Crawford 2739 C Street
2739 C Street,
Anchorage, Alaska 99503
Telephone 907-562-5592
Facsimile 907-562-5598
Pro Se

**RECEIVED**
JUN 2 2 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

**FILED**
JUN 0 2 2006
CLERK
U.S. BANKRUPTCY COURT
By _____
DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In re:<br><br>EUGENE T. ETHERIDGE and<br>IRENE D. ETHERIDGE<br><br>Debtors, | Case No. 04-00523-DMD<br>(Chapter 7) |
| LARRY D. COMPTON, Chapter 7 Trustee for<br>The bankruptcy Estate of Eugene T. and Irene D.<br>Etheridge<br><br>Plaintiff,<br><br>v.<br><br>JAMES M. CRAWFORD AKA JIM CRAWFORD<br>DBA CENTURY 21 CRAWFORD PROPERTY<br>MANAGEMENT,<br><br>Defendant. | Adv. No. 05-90020<br>Adversary No. ~~05-0020DMD~~ *ld*<br><br>**OPPOSITION TO SUA SPONTE MOTION TO WITHDRAW THE REFERENCE** |

COMES NOW, Jim Crawford, Defendant, Pro Se, and files this OPPOSITION to the

MOTION TO WITHDRAW THE REFERENCE:

TO: The United States District Court

1

22

Introduction

Plaintiff brought a motion, *Sua Sponte*, pursuant to 28 U.S.C. 157(d) and Alaska LBRs 5011-1, 9015-2 and 9033-1 to withdraw the reference of this adversary proceeding to the United States District Court for the District of Alaska. Plaintiff incorrectly describes the matter as a non-core, related proceeding. In fact, the related proceeding is directly related and a key part of the defense.

Discussion

The debtors entered into a property management agreement with Crawford Real Estate Corporation dba Century 21 Property Management regarding a fourplex they owned in Anchorage. Crawford Real Estate Corporation collected rents on the fourplex over a nine-month period and provided accounting materials to the Debtors periodically throughout the period. Additionally, Crawford Real Estate Corporation listed and sold the subject property under an Exclusive Right to Sell Agreement and a Purchase and Sale Agreement duly executed by the Debtors. The Debtors fraudulently failed to list as a debt the $20,600 debt owed to Crawford Real Estate Corporation nor have they acknowledged the accounting provided to Plaintiff's Counsel demonstrating a final balance of $8.893.86 due upon their sale of the property.

Plaintiff is now attempting to separate these issues so that it may collect on the property management accumulated balance while denying the earned commission. Defendant has provided all necessary documents under Plaintiff's discovery request and done so in a timely manner.

According to the pleadings received on May 31, 2006, trial on the matter was completed on May 10, 2006. No notice was provided to the Defendant of that trial date. Therefore the Defendant did not appear at the trial.

Defendant has waited patiently to try this matter for well over a year. Defendant is not aware of any service indicating the trial date. Defendant was not served with a notice on deposition and has always been available for a deposition. Plaintiff's Counsel refuses to return any of the phone calls made to her by Defendant.

Defendant requests that the motion to withdraw the reference be denied and a new trial date established with proper notice to the parties.

Dated this 1st day of June 2006.

By: _____

Jim Crawford aka James M. Crawford

Affidavit of service:
I personally hand delivered a true and correct copy of the Answer to Plaintiff attorney Eugenia G. Sleeper, Esq., Jermain, Dunnagan & Owens P. C., 3000 A Street, Suite 300, Anchorage, Alaska 99503 on this 2nd day of June, 2006.

_____
Meagan R. Crawford

P. Gingras, Adv. Case Mgr. Served 6/2/06