## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In re: Case No. A04-00523-DMD<br><br>EUGENE T. ETHERIDGE and<br>IRENE D. ETHERIDGE,<br><br>Debtors. | Chapter 7 |
| LARRY D. COMPTON, Chapter 7<br>Trustee for the Bankruptcy Estate of<br>Eugene T. and Irene D. Etheridge,<br><br>Plaintiff and<br>Counterclaim Defendant,<br><br>v.<br><br>JAMES M. CRAWFORD, aka Jim<br>Crawford, dba Century 21 Crawford<br>Property Management,<br><br>Defendant and<br>Counterclaimant. | Adversary No. A05-90020-DMD<br><br>Filed On<br>9/15/06 |

RECEIVED
OCT 1 2 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

### NOTICE OF RENEWED *SUA SPONTE* MOTION TO WITHDRAW THE REFERENCE AND OF DEADLINE FOR FILING OBJECTIONS TO REPORT AND RECOMMENDATION

The court has filed a renewed *sua sponte* motion to withdraw the reference of this proceeding to the United States District Court for the District of Alaska under 28 U.S.C. § 157(d). The court has addressed the defendant's claims that he did not receive notice of the trial date, and found them to be without merit. The court has also stricken the defendant's untimely filed third party crossclaim. A final report and recommendation has previously

been entered after trial of this matter on May 10, 2006. A copy of this report and recommendation is again being served upon the parties to this proceeding, concurrently with this notice. In accordance with Ak LBR 5011-1, **IT IS ORDERED:**

    1)    Any objections to the court's motion to withdraw the reference *or* to its final report and recommendation must be filed by no later than **October 5, 2006**. Objections must be filed in the Bankruptcy Court, but will be considered by the District Court.

    2)    After the time for filing objections has elapsed, the Clerk of the Bankruptcy Court shall transmit to the United States District Court for the District of Alaska, for its consideration:

        (a)    all pertinent pleadings;

        (b)    the motion to withdraw the reference;

        (c)    the report and recommendation; and

        (d)    any objections to the motion to withdraw the reference or the report and recommendation.

    3)    Upon transmittal of the record described in ¶ 2, the United States District Court for the District of Alaska will determine if any additional briefing or argument is necessary and thereafter dispose of the issues raised in the motion to withdraw the reference and the report and recommendation.

DATED: September 15, 2006.

BY THE COURT

/s/ Donald MacDonald IV
DONALD MacDONALD IV
United States Bankruptcy Judge

Serve:  E. Sleeper, Esq.
J. Crawford, Pro Se Defendant, at 2739 C Street, Anchorage, AK 99503
T. Van Flein, Esq.
U. S. Trustee
P. Gingras, Adv. Case Mgr. - served 9/15/06 – am.
Cheryl Rapp, Appeals/Reference Tracking - served 9/15/06 – am.

9/15/06

3