# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ALASKA



| | |
|---|---|
| In re: Case No. A04-00523-DMD<br><br>EUGENE T. ETHERIDGE and IRENE D. ETHERIDGE,<br><br>Debtors. | Chapter 7 |
| LARRY D. COMPTON, Chapter 7 Trustee for the Bankruptcy Estate of Eugene T. and Irene D. Etheridge,<br><br>Plaintiff,<br><br>v.<br><br>JAMES M. CRAWFORD, a/k/a Jim Crawford, d/b/a Century 21 Crawford Property Management,<br><br>Defendant. | Adv. No. A05-90020-DMD<br><br>Filed On<br>9/15/06 |

## ORDER STRIKING THIRD PARTY COMPLAINT AND DENYING HICKEL'S MOTION FOR SUMMARY JUDGMENT, WITHOUT PREJUDICE

On August 29, 2006, the court issued a Notice of Intent to Strike Third Party Complaint. The notice was issued on the basis that the third party complaint filed by defendant James M. Crawford was not timely.[1] No response to the notice of intent has been filed by Mr. Crawford.

---

[1] *See* Fed. R. Civ. P. 12(b) and 14(a), made applicable to adversary proceedings by Fed. R. Bankr. P. 7012 and 7014, respectively.

A motion for summary judgment, seeking dismissal of the third party complaint on the merits, was filed by third party defendants Jim and Lisa Hickel on July 26, 2006. This motion is also unopposed by Mr. Crawford. However, because of issues regarding the extent of the bankruptcy court's subject matter jurisdiction over the non-core, non-bankruptcy claims asserted in the third party complaint, the court will not issue a ruling on the merits of the summary judgment motion.[2] Therefore,

**IT IS ORDERED** that the third party crossclaim filed by defendant James M. Crawford on June 2, 2006, is stricken from the record.

**IT IS FURTHER ORDERED** that the motion for summary judgment filed by third party defendants Jim and Lisa Hickel is denied, without prejudice.

DATED: September 15, 2006

BY THE COURT

/s/ Donald MacDonald IV
DONALD MacDONALD IV
United States Bankruptcy Judge

Serve: E. Sleeper, Esq. (for plaintiff)
    J. Crawford, Pro Se Defendant, at 2739 C St., Anchorage, AK 99503
    T. Van Flein, Esq. (for Hickels), Clapp, Peterson, Van Flein, Teimessen & Thorsness, LLC, 711 H St., Suite 620, Anchorage, Ak 99501
    P. Gingras, Adv. Case Mgr.

09/15/06

---

[2] *See* 28 U.S.C. § 158(b), 1334(c).

2