UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In re: Case No. A04-00523-DMD<br><br>EUGENE T. ETHERIDGE and IRENE D. ETHERIDGE,<br><br>Debtors. | Chapter 7 |
| LARRY D. COMPTON, Chapter 7 Trustee for the Bankruptcy Estate of Eugene T. and Irene D. Etheridge,<br><br>Plaintiff,<br><br>v.<br><br>JAMES M. CRAWFORD, a/k/a Jim Crawford, d/b/a Century 21 Crawford Property Management,<br><br>Defendant. | Adv. No. A05-90020-DMD<br><br>Filed On<br>9/15/06 |

RECEIVED
OCT 1 2 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

## ORDER OVERRULING DEFENDANT'S OPPOSITION TO MOTION TO WITHDRAW THE REFERENCE

A hearing on defendant James Crawford's opposition to the court's *sua sponte* motion to withdraw the reference was held on August 17, 2006. James Crawford appeared on his own behalf. Eugenia Sleeper appeared for the plaintiff, Larry Compton, who was also present. I have considered the comments of the parties made at the hearing and taken judicial notice of the entire record in this proceeding. For the reasons stated in the Memorandum on Defendant's Opposition to Motion to Withdraw the Reference, dated September 15, 2006,

**IT IS ORDERED** that Mr. Crawford's opposition is overruled. A new trial will not be held in this case. The court will issue a renewed motion to withdraw the reference.

DATED: September 15, 2006

                                        BY THE COURT

                                        /s/ Donald MacDonald IV
                                        DONALD MacDONALD IV
                                        United States Bankruptcy Judge

Serve:  E. Sleeper, Esq. (for plaintiff)
         J. Crawford, Pro Se Defendant, at 2739 C St., Anchorage, AK 99503
         T. Van Flein, Esq. (for Hickels), Clapp, Peterson, Van Flein, Teimessen & Thorsness, LLC, 711 H St., Suite 620, Anchorage, Ak 99501
         P. Gingras, Adv. Case Mgr.

09/15/06