

**United States Bankruptcy Court**
**District of Alaska**
605 West Fourth Avenue, Suite 138
Anchorage, Alaska 99501-2296
Phone: (907) 271-2655
**Toll Free: (800) 859-8059**
http://www.akb.uscourts.gov



## TRANSMITTAL OF WITHDRAWAL OF REFERENCE

TO: United States District Court, District of Alaska
222 West 7th Avenue, Room 229
Anchorage, Alaska 99513

FROM: Bankruptcy Court for the District of ALASKA
District/Office No. 097X/3

**Filed On 10/12/06**

We are transmitting with this cover a Renewed Motion to Withdraw the Reference, which has been filed by the Bankruptcy Court in the below identified adversary proceeding, together with the Bankruptcy Court's Report and Recommendation (recommending withdrawal of the reference). Copies of relevant pleadings from the adversary case file and a docket are included with this transmission. The pertinent information regarding this matter is:

| CASE NAME: | LARRY D. COMPTON, Chapter 7 Trustee for the Bankruptcy Estate of Eugene T. and Irene D. Etheridge, Plaintiff and Counterclaim Defendant, v. JAMES M. CRAWFORD, a/k/a Jim Crawford, d/b/a Century 21 Crawford Property Management. |
|---|---|
| Adversary No.: | A05-90020-DMD / [U.S.D.C. Case No. 3:06-cv-00151-TMB] |
| Date Renewed Motion to Withdraw Reference Filed: | September 15, 2006 |
| Date Report & Recommendation Filed: | May 30, 2006, supplemented by Memorandum on Defendant's Opposition to Motion to Withdraw the Reference, filed September 15, 2006 |
| Date Transmitted to USDC: | October 12, 2006 |
| Other: | Bankruptcy Court Record through June 22, 2006, was previously been sent to the District Court on June 22, 2006. Volume 3, included with this transmittal, includes all pleadings, memoranda and orders pertinent to the Bankruptcy Court's Renewed Motion to Withdraw the Reference which have been filed since that date. As directed in Judge Burgess's minute order filed July 26, 2006, the Bankruptcy Court has determined the defendant's objections regarding lack of notice of trial, and a renewed motion to withdraw the reference has been filed. |

Dated: October 12, 2006                    Wayne W. Wolfe, Clerk

By: /s/ Robbi Canterbury
Deputy Clerk

Serve:  U. S. District Court, D. Alaska
U. S. Trustee (w/out attachments)
Eugenia Sleeper, Esq. (for plaintiff) (w/out attachments)
James Crawford, Pro Se Defendant (w/out attachments)
Peggy Gingras, Adv. Case Mgr. - √ svd 10/12/06 aam
Cheryl Rapp, Appeals/Reference Tracking - √ svd 10/12/06 aam

10/12/06 rb

43

## ACKNOWLEDGMENT OF RECEIPT OF TRANSMITTAL

Re:   Renewed Motion to Withdraw the Reference
      Bankruptcy Adv. No. A05-90020-DMD - Compton v. Crawford

DISTRICT COURT CASE #**U.S.D.C. Case No. 3:06-cv-00151-TMB**   JUDGE: Timothy M. Burgess

DATE FILED: 10/12/06          By: **REDACTED SIGNATURE**
                                  Deputy Clerk, U.S. District Court

2