UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


  LARRY D. COMPTON, et al   v.   JAMES M. CRAWFORD, et al

THE HONORABLE TIMOTHY M. BURGESS

D<small>EPUTY</small> C<small>LERK</small>                         Case No.  3:06-CV-00151-tmb
                        Bankruptcy Petition No.  A05-90020-DMD
 Linda Christensen


PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**    DATE: October 18, 2006


NOTICE OF WITHDRAWAL OF REFERENCE
TO U.S. DISTRICT COURT AND ORDER

Counsel for plaintiff shall confer with counsel for defendant, and counsel for plaintiff shall, on or before 15 days from the date of this order, serve and file with the court a joint report as to the status of this case, touching on each of the following:

   1.  Service problems and/or need to add parties.

   2.  Any known bankruptcy proceedings necessitating a stay of this action.

   3.  Settlements, partial or complete, among some or all parties.

   4.  A separate joint Notice of Pending Motions shall be filed if any motions are currently pending before this Court.  The notice shall indicate the filing dates of the motions, oppositions, replies and any other related documents.

   5.  Status of discovery, including an estimate of the amount of time which completion of discovery will require.

   6.  Readiness of the case for scheduling of pre-trial proceedings or status conference; also, anticipated date of readiness for trial.

   7.  Any other matter awaiting action by the court.


[]{BANKWITH.WPD*Rev.1/97}