UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

  LARRY D. COMPTON, et al.    v.   JAMES M. CRAWFORD, et al.

THE HONORABLE TIMOTHY M. BURGESS

DEPUTY CLERK                                  CASE NO.  3:06-cv-00151-TMB

 Pam Richter

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**   DATE: February 13, 2007

It has been brought to the court's attention that the minute order at docket 7 entered October 18, 2006, and the order at docket 8 entered February 7, 2007, were improvidently entered. Accordingly, the orders at dockets 7 and 8 are hereby VACATED.

The U.S. Bankruptcy Court's Renewed Sua Sponte Motion To Withdraw The Reference at docket 5 remains before this court will be considered in due course.

[~5557679.wpd]{IA.WPD*Rev.12/96}