## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

<u>LARRY D. COMPTON</u>  v.  <u>JAMES M. CRAWFORD</u>

HONORABLE TIMOTHY M. BURGESS

DATE: June 28, 2007                                      CASE NO. <u>3:06-cv-00151-TMB</u>

PROCEEDINGS:    **MINUTE ORDER FROM CHAMBERS**
                **Re:  Motion at Docket No. 5**

      At Docket No. 5 the U.S. Bankruptcy Court moved *sua sponte* for an order withdrawing the reference in this matter on the basis that it is a non-core, related proceeding.  On May 10, 2006, the Bankruptcy Court held a trial and issued its Report and Recommendation to the United States District Court on May 30, 2006.

      IT IS HEREBY ORDERED THAT the reference is hereby withdrawn for the purpose of reviewing the Report and Recommendation and entry of final judgment in accordance with 28 U.S.C. § 157(c)(1) and FED. R. BANK. P. 9033.

      IT IS FURTHER ORDERED THAT the matter is submitted on the Report and Recommendation to the United States District Court dated May 30, 2006 and the Response to Report and Recommendation to the United States District Court dated June 1, 2006, filed by James M. Crawford.

```
[Order Withdrawing Reference 06-151.wpd]{Rev. 07/04}
```