**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

<u>LARRY D. COMPTON</u>  v.  <u>JAMES M. CRAWFORD</u>

HONORABLE TIMOTHY M. BURGESS

DATE: June 28, 2007                                        CASE NO. <u>3:06-cv-00151-TMB</u>

PROCEEDINGS:     **MINUTE ORDER FROM CHAMBERS**

---

    Having reviewed the U.S. Bankruptcy Court's Report and Recommendation to the United States District Court dated May 30, 2006 and the Response to Report and Recommendation to the United States District Court dated June 1, 2006, filed by James M. Crawford, the Court hereby adopts and accepts the U.S. Bankruptcy Court's Report and Recommendation in its entirety.

```
[Order re R&R 06-151 .wpd]{Rev. 07/04}
```