## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

<u>  LARRY D. COMPTON  </u>  v.  <u>  JAMES M. CRAWFORD  </u>

HONORABLE TIMOTHY M. BURGESS

DATE: June 28, 2007                              CASE NO. <u>  3:06-cv-00151-TMB  </u>

PROCEEDINGS:     **MINUTE ORDER FROM CHAMBERS**

---

     Judgment is HEREBY ORDERED to be entered in favor of the Plaintiff in accordance with the terms of the U.S. Bankruptcy Court's Report and Recommendation to the United States District Court dated May 30, 2006.