**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

LARRY D. COMPTON,
      Plaintiff,

v.

JAMES M. CRAWFORD,
      Defendant.

Case Number 3:06-cv-00151-TMB
In re: Bkcy Case A04-00523-DMD
Adversary No. A05-90020-DMD

**JUDGMENT IN A CIVIL CASE**

\_\_\_ **JURY VERDICT**.  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_ **DECISION BY COURT**.  This action came to trial or hearing before the court.  The issues have been tried or heard and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED:

      THAT judgment is entered in favor of the Plaintiff in accordance with the terms of the U.S. Bankruptcy Court's Report and Recommendation to the United States District Court dated May 30, 2006.

APPROVED:

 /s/Timothy M. Burgess
Timothy M. Burgess
United States District Judge

Date: July 2, 2007

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

        Ida Romack
Ida Romack, Clerk of Court

[306cv151TMB-judgment.wpd]{JMT2.WPT*Rev.3/03}