**COMPTON, LARRY D.**                                                                                    **Prebill# 28151**

**EXPENSES**

| FILED | 06/23/2005 | $150.00 |

06/23/2005   FILING FEE(S) : CLERK OF COURT                                                                150.00

**COMPTON, LARRY D.**                                                                                          **Prebill# 28151**

| ACC | 08/31/2005 | $1.75 | |
| --- | --- | --- | --- |
| 08/31/2005 | ACCURINT COMPUTER SEARCH (CAPITAL ONE) | | 1.75 |
| INGS | 08/31/2005 | $40.00 | |
| 08/31/2005 | INGENS COMPUTER SEARCH (CAPITAL ONE) | | 40.00 |
| INGS | 08/31/2005 | $26.00 | |
| 08/31/2005 | INGENS COMPUTER SEARCH (CAPITAL ONE) | | 26.00 |
| EXPR | 03/17/2006 | $14.40 | |
| 03/17/2006 | EXPRESS MAILING FEE(S) : EUGENE & IRENE ETHERIDGE | | 14.40 |
| DEPO | 03/22/2006 | $60.00 | |
| 03/22/2006 | DEPOSITION(S) OF : JAMES CRAWFORD, PACIFIC RIM REPORTING | | 60.00 |
| ACC | 03/31/2006 | $1.60 | |
| 03/31/2006 | ACCURINT COMPUTER SEARCH (CAPITAL ONE) | | 1.60 |
| INGS | 03/31/2006 | $3.00 | |
| 03/31/2006 | INGENS COMPUTER SEARCH (CAPITAL ONE) | | 3.00 |
| EXPR | 05/04/2006 | $14.40 | |
| 05/04/2006 | EXPRESS MAILING FEE(S) : IRENE ETHERIDGE | | 14.40 |
| INGS | 05/31/2006 | $2.00 | |
| 05/31/2006 | INGENS COMPUTER SEARCH (CAPITAL ONE) | | 2.00 |
| FAX | 06/30/2006 | $0.00 | |
| COPY | 06/30/2007 | $76.70 | |
| 06/30/2007 | PHOTOCOPIES | | 76.70 |
| PHON | 06/30/2007 | $20.07 | |
| 06/30/2007 | LONG DISTANCE PHONE CHARGE(S) | | 20.07 |

**TOTAL EXPENSES FOR THIS MATTER:**                                                                     **$409.92**