Eugenia G. Sleeper, Esq.
Gary C. Sleeper, Esq.
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503-4097
Telephone:   (907) 563-8844
Facsimile:   (907) 563-7322
E-Mail: rcaverly@jdolaw.com

Attorneys for Larry D. Compton, Trustee

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LARRY D. COMPTON, Chapter 7 Trustee for the Bankruptcy Estate of Eugene T. and Irene D. Etheridge,<br><br>    Plaintiff,<br><br>v.<br><br>JAMES M. CRAWFORD, aka Jim Crawford, dba Century 21 Crawford Property Management,<br><br>    Defendant | Case No. 3:06-cv-00151 TMB<br>In re: Bkcy Case A04-00523-DMD<br>Adversary No. A05-90020-DMD |

## NOTICE OF TELEPHONIC COST BILL HEARING

NOTICE IS HEREBY GIVEN THAT a hearing will be held at 9:00 a.m. on July 23, 2007, at the Federal Building, U. S. Courthouse, 222 W. 7th Avenue, Room 229, Anchorage, Alaska regarding the Bill of Costs filed by Plaintiff on July 12, 2007.

{00156649 }

DATED at Anchorage, Alaska this 12th day of July, 2007

                JERMAIN DUNNAGAN & OWENS, P.C.
                Attorneys for Plaintiff

By:   */s/ Gary C. Sleeper*
      Gary C. Sleeper
      JERMAIN DUNNAGAN & OWENS, PC
      3000 A Street, Suite 300
      Anchorage, AK 99503-4097
      Phone: (907) 563-8844
      Fax: (907) 563-7322
      E-mail: rcaverly@jdolaw.com
      Alaska Bar No. 8111130

Certificate of Service

I hereby certify that a true and correct copy of the foregoing was served by regular U.S. mail this 12th day of July, 2007 on:

James Crawford
2739 C Street
Anchorage, AK 99503

*/s/ Gary C. Sleeper*
6777.53/156649