Eugenia G. Sleeper, Esq.
Gary C. Sleeper, Esq.
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503-4097
Telephone:    (907) 563-8844
Facsimile:    (907) 563-7322
E-Mail: rcaverly@jdolaw.com

Attorneys for Larry D. Compton, Trustee

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| LARRY D. COMPTON, Chapter 7 Trustee for the Bankruptcy Estate of Eugene T. and Irene D. Etheridge,<br><br>    Plaintiff,<br><br>v.<br><br>JAMES M. CRAWFORD, aka Jim Crawford, dba Century 21 Crawford Property Management,<br><br>    Defendant | Case No. 3:06-cv-00151 TMB<br>In re: Bkcy Case A04-00523-DMD<br>Adversary No. A05-90020-DMD |

**REQUEST FOR ENTRY OF FINAL JUDGMENT**

On July 2, 2007, this Court approved the "Report and Recommendation to the United States District Court" dated May 30, 2006, made by Donald MacDonald, United States Bankruptcy Judge for the District of Alaska.

Paragraph 8 of the Bankruptcy Court's recommendation awarded Plaintiff damages in the amount of $15,000. The Court's recommendation further provides that Plaintiff shall recover pre-judgment interest from June 25, 2005 to entry of judgment at the rate of 8.25% per annum.

{00156532 }

Finally, the Court's recommendation awarded Plaintiff Rule 82 attorney's fees in the amount 20% of the $15,000 awarded, together with 20% of the allowed pre-judgment interest.

By this motion, Plaintiff is requesting that the Court enter a final money judgment in the form of the attached judgment.

DATED at Anchorage, Alaska this 13th day of July, 2007

JERMAIN DUNNAGAN & OWENS, P.C.
Attorneys for Plaintiff


By:  */s/ Gary C. Sleeper*
          Gary C. Sleeper
          JERMAIN DUNNAGAN & OWENS, PC
          3000 A Street, Suite 300
          Anchorage, AK  99503-4097
          Phone: (907) 563-8844
          Fax: (907) 563-7322
          E-mail:  rcaverly@jdolaw.com
          Alaska Bar No. 8111130


Certificate of Service

I hereby certify that a true and
correct copy of the foregoing was
served by regular U.S. mail this 13th
day of July, 2007 on:

James Crawford
2719 C Street
Anchorage, AK 99503

*/s/ Gary C. Sleeper*
6777.53/156532

{00156532 }
Final Judgment in a Civil Case
*Compton v. Crawford,* Case No. 3:06-cv-00151-TMB                                                                 Page 2 of 2