Eugenia G. Sleeper, Esq.
Gary C. Sleeper, Esq.
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503-4097
Telephone:   (907) 563-8844
Facsimile:   (907) 563-7322
E-Mail: rcaverly@jdolaw.com

Attorneys for Larry D. Compton, Trustee

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LARRY D. COMPTON, Chapter 7 Trustee for the Bankruptcy Estate of Eugene T. and Irene D. Etheridge,<br><br>    Plaintiff,<br><br>v.<br><br>JAMES M. CRAWFORD, aka Jim Crawford, dba Century 21 Crawford Property Management,<br><br>    Defendant | Case No. 3:06-cv-00151 TMB<br>In re: Bkcy Case A04-00523-DMD<br>Adversary No. A05-90020-DMD |

## FINAL JUDGMENT IN A CIVIL CASE

This action came on for trial before The Honorable Donald MacDonald, United States Bankruptcy Judge for the District of Alaska.  On May 30, 2006, Judge MacDonald filed his Report and Recommendation to the United States District Court, which was approved and adopted by this Court on July 2, 2007.  Based upon the foregoing;

IT IS ORDERED AND ADJUDGED

{00156531 }

1.    That judgment is entered in favor of the plaintiff in accordance with the terms of the United States Bankruptcy Court's Report and Recommendation to the United States District Court dated May 30, 2006.

2.    That plaintiff Larry D. Compton, recover from defendant James Crawford the sum of $15,000, together with pre-judgment interest from June 29, 2005 to entry of judgment at the rate of 8.5% per annum in the amount of $_____, costs in the amount of $_____ and attorney fees in the amount of $_____, for a total judgment in the amount of $_____

DATED: _____, 2006

TIMOTHY M. BURGESS
United States District Judge

Certificate of Service

I hereby certify that a true and correct copy of the foregoing was served by regular U.S. mail this ___th day of July, 2007 on:

James Crawford
2719 C Street
Anchorage, AK 99503

*/s/ Gary C. Sleeper*
6777.53/156531