Eugenia G. Sleeper, Esq.
Gary C. Sleeper, Esq.
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503-4097
Telephone:   (907) 563-8844
Facsimile:    (907) 563-7322
E-Mail: rcaverly@jdolaw.com

Attorneys for Larry D. Compton, Trustee

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| LARRY D. COMPTON, Chapter 7 Trustee for the Bankruptcy Estate of Eugene T. and Irene D. Etheridge,<br><br>     Plaintiff,<br><br>v.<br><br>JAMES M. CRAWFORD, aka Jim Crawford, dba Century 21 Crawford Property Management,<br><br>     Defendant | Case No. 3:06-cv-00151 TMB<br>In re: Bkcy Case A04-00523-DMD<br>Adversary No. A05-90020-DMD |

**SUPPLEMENTAL CERTIFICATE OF SERVICE**

    I hereby certify that true and correct copies of the Notice of Telephonic Cost Bill Hearing and Bill of Costs were served by regular U.S. mail the 12day of July, 2007 on:

| | |
|---|---|
| James Crawford<br>2719 C Street<br>Anchorage, AK 99503 | John W. Ruebelmann<br>Office of the U.S. Trustee<br>605 W. 4th Avenue, Suite 258<br>Anchorage, AK 99501 |

                                                                           */s/ Gary C. Sleeper*

{00157298 }