## MINUTES OF THE UNITED STATES DISTRICT COURT
### DISTRICT OF ALASKA

*Compton v. Crawford*

Case No. 3:06-cv-151 -TMB
Bankruptcy Adv. Proc. A05-90020 DMD

By:              THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS:      ORDER FROM CHAMBERS

Judgment was entered in this matter on July 2, 2007.  A cost bill hearing was held on July 12, 2007, and Motion for Entry of Final Judgment was filed on July 13, 2007.  An amended Judgment reflecting costs was distributed on July 27, 2007.

In light of the July 2, 2007, Judgment at Docket 14, the Motion for Entry of Final Judgment at Docket 17 is denied as moot.

Plaintiff may refile his motion if it was intended as a motion under Rule 59 or Rule 60, explaining any grounds for an amended judgment.

**IT IS SO ORDERED.**

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: October 2, 2007

T:\2006 Orders\306-cv-151 MO re final judgment.wpd