IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LARRY COMPTON,<br><br>        Plaintiff,<br><br>vs.<br><br>JAMES M. CRAWFORD,<br><br>        Defendant. | Case No. 3:06-cv-00151-TMB<br>In re: Bkcy Case A04-00523-DMD<br>Adversary No. A05-90020-DMD<br><br>**AFFIDAVIT AND REQUEST<br>FOR ISSUANCE OF WRIT OF EXECUTION** |

STATE OF ALASKA           )
                          )SS.
THIRD           JUDICIAL DISTRICT    )

I, ____Eugenia G. Sleeper____ hereby state under oath:

1. Judgment for $____15,000.00____ was entered on
   July 2, 2007 _____ in the docket of the
   above - entitled court action, in favor of
   LARRY D. COMPTON as Judgment Creditor and against JAMES M. CRAWFORD as Judgment Debtor.

   (IF A REGISTERED JUDGMENT:)
   Said judgment was registered herein under Title 28,
   U.S. Code, Section 1963, being a judgment which was obtained in

   Adversary No. A05-90020-DMD in the U.S. Bankruptcy Court
   for the District of Alaska, and which has become FINAL.

2. I am the attorney for said Judgment Creditor LARRY D. COMPTON and request issuance of a Writ of Execution on the judgment.

3. The Judgment Debtor __was not__ represented by Counsel.
                      was/was NOT

4. The Judgment entered __was not__ a Default Judgment.
                       was/was NOT

5. ACCRUED since the entry of judgment are the following sums:

   $____3,497.03____ attorney fees inserted on final judgment. [Adopted from Report & Recommendation]

   $____2,485.17____ accrued interest, computed at ____8.25%____
   (Judgments registered under 28 U.S.C. 1963 bear the rate of interest of the District of origin).
   [Adopted from Report and Recommendation]
   $____226.70____ accrued costs.

6. CREDIT must be given for payments and partial satisfaction in the total amount of:

$_____ which is to be first credited against the total accrued interest and accrued costs, with any excess credited against the judgment as entered, leaving a net balance of:

$ 21,208.90      ACTUALLY DUE as of October 24, 2007, to Larry D. Compton. Of this total, $15,000.00 is the amount of the original judgment as entered still remaining due and bearing interest at _____% in the amount of $_____ per day from _____, forward.

Dated: 11/9/07                                    By: _____
                                                  Eugenia G. Sleeper
                                                  Jermain, Dunnagan & Owens
                                                  3000 A Street, Suite 300
                                                  Anchorage, AK  99503
                                                  (907) 563-8844
                                                  (907) 563-7322
                                                  rcaverly@jdolaw.com
                                                  ABA No. 9411119

SUBSCRIBED AND SWORN to before me this 9th day of November, 2007.

_____
Notary Public in and for Alaska
My Commission Expires: 1-26-08

6777.53/165482