IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LARRY COMPTON,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>JAMES M. CRAWFORD,<br><br>　　　　　　　Defendant. | Case No. 3:06-cv-00151-TMB<br>In re: Bkcy Case A04-00523-DMD<br>Adversary No. A05-90020-DMD<br><br>**WRIT OF EXECUTION** |

TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF ALASKA:

On ____July 2, 2007;____ a judgment was entered in the docket of the above-entitled court and action, in favor of

> LARRY D. COMPTON as Judgment Creditor and against JAMES M. CRAWFORD as Judgment Debtor.
>
> $____15,000.00____ principal,
>
> $____3,497.03____ attorney fees,
>
> $____2,485.17____ interest, and
>
> $_____ costs, making a total amount of
>
> $____20,982.20____ JUDGMENT AS ENTERED

WHEREAS, according to an affidavit or memorandum of costs after judgment filed herein, it appears that further sums have accrued since the entry of judgment, to-wit:

> $_____ accrued interest, and
>
> $____226.70____ accrued costs, making a total of
>
> $____21,208.90____ JUDGMENT AS ENTERED

CREDIT must be given for payments and partial satisfactions in the the amount of:

> $_____ which is to be first credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered, leaving a net balance of
>
> $_____ ACTUALLY DUE ON October 24, 2007, to Larry D. Compton, the date of the request for issuance of this writ, of which
>
> $_____ is due on the judgment as entered,

{00165485 }

and bears an interest rate at _____% per annum in the amount of

$_____ PER DAY, from the date of the request for issuance of this writ, to which must be added the commissions and costs of the officer executing this writ.

THEREFORE, IN THE NAME OF THE UNITED STATES OF AMERICA, you are hereby commanded to levy upon and seize and take into execution the personal property of the said debtor in your district, sufficient, subject to execution, to satisfy said judgment, interest and increased interests, costs and increased costs, and make sale thereof according to law; and if sufficient personal property cannot be found, then you are further commanded to make the amount of said judgment, interest, and increased costs out of his real property.

HEREIN FAIL NOT, and have you then and there this writ.

DATED _____                IDA ROMACK, CLERK


[SEAL]                                       BY: _____
                                                  Deputy Clerk