Eugenia G. Sleeper, Esq.
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 'A' Street, Suite 300
Anchorage, Alaska  99503
(907) 563-8844

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LARRY COMPTON,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JAMES M. CRAWFORD,<br><br>　　　　　Defendant. | Case No. 3:06-cv-00151-TMB<br>In re: Bkcy Case A04-00523-DMD<br>Adversary No. A05-90020-DMD<br><br>**CREDITOR'S AFFIDAVIT** |

STATE OF ALASKA　　　　　)
　　　　　　　　　　　　　) ss.
THIRD JUDICIAL DISTRICT　)

　　　　I, Eugenia G. Sleeper, attorney for the plaintiffs in the above-captioned action, upon oath or affirmation and under penalty of perjury, state as follows:

　　　　1.　　Plaintiffs obtained a judgment against James M Crawford in the total amount of $21,208.90.

　　　　2.　　I will attempt to satisfy the judgment by levying against the following property, which we believe is not exempt and is <u>not</u> property of a type subject to value limitations under AS 09.38.010, *et seq.*:

> The bank account(s) of James M. Crawford, except as subject to
> AS 09.38.030 and the Permanent Fund Dividend of James M.
> Crawford, except as subject to AS 43.23.065.

DATED at Anchorage, Alaska, this _____9th_____ day of November, 2007.

By: _____
Eugenia G. Sleeper
Jermain, Dunnagan & Owens
3000 A Street, Suite 300
Anchorage, AK 99503
(907) 563-8844
(907) 563-7322
rcaverly@jdolaw.com
ABA No. 9411119

SUBSCRIBED and SWORN to before me this 9th day of November, 2007, at Anchorage, Alaska.

_____
Notary Public in and for the State of Alaska
My commission expires: 1-26-08

6777.53/165518